IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff** | * | |
| | * | |
| vs. | * | Cr. No.: 00CR43-22 (PG) |
| | * | |
| **JOSE PIERETI-CARABALLO** | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION REQUESTING MODIFICATION OF CONDITIONS

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, HUMBERTO MARCHAND, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, José Piereti-Caraballo, who on July 10, 2002, was sentenced to sixty months of imprisonment and four years of supervised release for controlled substance violation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Piereti has been on supervision since July 30, 2004. Based on his mental health history, as documented in his pre-sentence report, we understand that his supervised release conditions should be modified to include mental health services. Mr. Piereti voluntarily agreed to this modification and as such, he signed Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, which is hereby attached.

**WHEREFORE**, in lieu of the aforementioned, it is respectfully requested that the Court modify Mr. Piereti's conditions of supervised release to include participation in a mental health program for evaluation and/or treatment purposes, if deemed necessary.

In San Juan, Puerto Rico, this 26th day of January 2005.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER


        Humberto Marchand
        U.S. Probation Officer

        s/Humberto Marchand
        U.S. Probation Officer
        Federal Office Building, Room 143
        150 Chardón Avenue
        San Juan, P.R. 00918
        787-766-5867
        787-766-5945
        humberto_marchand@prp.uscourts.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 26, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney's Office and Defense Attorney Thomas R. Lincoln.

At San Juan, Puerto Rico, January 26, 2005.

        s/Humberto Marchand
        U.S. Probation Officer
        Federal Office Building, Office 143
        San Juan, P.R. 00918
        787-766-5867
        787-766-5945
        humberto_marchand@prp.uscourts.gov