IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    vs.                        Case No.: 3:00-43-022(PG)

JOSE LUIS PIERETI-CARABALLO
* * * * * * * * * * * * * * *

**FILING NOTICE**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF PUERTO RICO

      COMES NOW, HUMBERTO MARCHAND, United States Probation Officer of this Court, informing that, Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, originally filed as an attachment in docket 1288, is being filed again as requested by the Clerk's Office.

      In San Juan, Puerto Rico, this 3rd day of June 2005.

                                      Respectfully submitted,

                                      EUSTAQUIO BABILONIA, CHIEF
                                      U.S. PROBATION OFFICER

                                      s/Humberto Marchand
                                      U.S. Probation Officer
                                      Federal Office Building, Room 400
                                      150 Chardón Avenue
                                      San Juan, P.R. 00918
                                      787-766-5867
                                      Fax: 787-766-5945
                                      humberto_marchand@prp.uscourts.gov

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   U.S. Attorney's Office and defense attorney Thomas R. Lincoln-San Juan, Esq.

At San Juan, Puerto Rico, 3rd day of June 2005.

>s/Humberto Marchand
>U.S. Probation Officer
>Federal Office Building, Office 400
>150 Chardón Avenue
>San Juan, Pr 00918
>787-766-5867
>Fax: 787-766-5945
>humberto_marchand@prp.uscourts.gov

HM/mgm