PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## District of Puerto Rico

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release Or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change maybe made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a mental health program for evaluation and/or treatment purposes, as arranged and approved by the** U.S. **Probation Officer until duly discharged by authorized program personnel with the approval of the** U.S. **Probation Officer.**

Witness: <u>HumbertoMarchand</u>    Signed: <u>JoséL. Pieretti-Caraballo</u>
U.S. Probation Officer    Probationer or Supervised Releasee

<u>7-30-04</u>
Date