| PROB. 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 00-CR-00043-022 (PG) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 07 CR 015 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT PUERTO RICO | DIVISION U.S. PROBATION OFFICE |
|---|---|---|
| José Luis Piereti-Caraballo<br>822 Metcalf Avenue Apt. A<br>Bronx, New York 10473 | NAME OF SENTENCING JUDGE<br>Honorable Juan M. Pérez-Giménez, Senior | |
| | DATES OF PROBATION/ **SUPERVISED RELEASE** | FROM 11/2/05 | TO 11/1/09 |

OFFENSE

21 U.S.C. § 846 Conspiracy to possess with intent to distribute at least 500 grams but less than two kilograms of cocaine, a Class "B" felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of New York</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_December 6, 2006_                                                                                    _/s/ Juan M. Pérez-Giménez_
Date                                                                                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 0 3 2007                                                                                          _/s/ Holwell_
Effective Date                                                                                            United States District Judge