# UNITED STATES DISTRICT COURT

District of Puerto Rico
Federico Degetau Federal Bldg. - Room 150
Chardón Avenue
Hato Rey, Puerto Rico 00918-1767

*Frances Rios de Morán, Esq*
*Clerk*

Tels.   (787) 772-3011
        (787) 772-3012
Fax     (787) 766-5693

February 6, 2007

J. Michael McMahon, Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    PR Case No. 3:00CR043-22 (PG)
       USA v. José Luis Piereti-Caraballo

Dear Sir:

In accordance with Transfer of Jurisdiction Order filed in the above entitled case on February 6, 2007, we are transferring the case in reference to you. Enclosed please find the following documents:

1. Certified copy of the Docket Sheet.
2. Certified copy of the Superseding Indictment filed on March 15, 2000
3. Certified copy of the Judgment filed on July 12, 2002
4. Copy of the Transfer of Jurisdiction

Kindly acknowledge receipt on the enclosed copy of this letter.

Cordially,

FRANCES RIOS DE MORAN
Clerk of Court

Lida Isis Egelé
Operations Manager

Encls. (4)
s/c:   USPO Luz Enid Aponte Ortiz